# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER A. LANE,<br><br>Debtor. | Bankr. No. 22-21432-GLT<br><br>Chapter 11 |
| CHRISTOPHER A. LANE,<br><br>Movant,<br>v.<br>INTERNAL REVENUE SERVICE,<br><br>Respondent. | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2024, upon consideration of the foregoing *Objection to Claims of Internal Revenue Service [Claim Nos. 8 & 22]*, is hereby ORDERED that the entirety of both Claim No. 8 and Claim No. 22 filed by the Internal Revenue Service shall be disallowed and expunged.

BY THE COURT:

_____
Chief Judge, Gregory L. Taddonio
United States Bankruptcy Court